UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELLENBETH WACHS,

                                             Case No: 8:11-cv-01401-EAK-EAJ

           Plaintiff,                    Judge: Kovachevich

v.

GRADY JUDD, in his official capacity as
Sheriff of Polk County, Florida,
and DOES 1-10,

           Defendants.
_____/

## NOTICE OF CHANGE OF ADDRESS

      PLEASE TAKE NOTICE that as of July 1, 2011, the undersigned attorneys will change their address to:

Walters Law Group
195 W. Pine Avenue
Longwood, FL 32750

All other contact information will remain unchanged.  Please forward copies of any future documents to the new address listed above.

                                                  *WALTERS LAW GROUP*

                                                  _____
                                                  Lawrence G. Walters
                                                  Florida Bar No.:776599
                                                  larry@firstamendment.com
                                                  Kevin W. Wimberly
                                                  Florida Bar No. 0057977
                                                  kevin@firstamendment.com
                                                  781 Douglas Ave.
                                                  Altamonte Springs, Florida 32714
                                                  (407) 975-9150 (phone)
                                                  (407) 774-6151 (fax)
                                                  Attorneys for Plaintiff

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 29, 2011, a true and correct copy of the foregoing was transmitted via U.S. Mail to Sheriff Grady Judd, c/o Polk County Sheriff's Office, 1891 Jim Keene Blvd., Winter Haven, FL 33880-8010.

                                                             _____
                                                             Lawrence G. Walters