UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELLENBETH WACHS,

                                           Case No: 8:11-cv-01401-EAK-EAJ

        Plaintiff,                      Judge: Kovachevich

v.

GRADY JUDD, in his official capacity as
Sheriff of Polk County, Florida,
and DOES 1-10,

        Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL**

        PLEASE TAKE NOTICE that Plaintiff, ELLENBETH WACHS, pursuant to *Fed.R.Civ.P.* 41(a)(1)(A)(i), voluntarily dismisses all Counts against the Defendants, GRADY JUDD, and DOES 1-10, without prejudice.

Dated: October 20, 2011                    *WALTERS LAW GROUP*

                                                              _____
                                                               Lawrence G. Walters
                                                               Florida Bar No.:776599
                                                               larry@firstamendment.com
                                                               Kevin W. Wimberly
                                                               Florida Bar No. 0057977
                                                               kevin@firstamendment.com
                                                               195 W. Pine Ave.
                                                               Longwood, Florida 32750
                                                               (407) 975-9150 (phone)
                                                               (407) 774-6151 (fax)

                                                               Attorneys for Plaintiff

2

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 20, 2011, a true and correct copy of the foregoing was transmitted via U.S. Mail to Jonathan B. Trohn, Valenti,Campbell, Trohn, Tamayo & Aranda, P.A., P.O. Box 2369, Lakeland, Florida 33806-2369.

_____
Lawrence G. Walters